

# NUMBER 13-22-00177-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE VALLEY BAPTIST MEDICAL CENTER

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

On April 20, 2022, relator Valley Baptist Medical Center filed a petition for writ of mandamus asserting that the trial court abused its discretion by striking the designation of Stryker Corporation and J. J. Trujillo as responsible third parties. The Court requests that the real party in interest, Mary Jorgenson, or any others whose interest would be directly affected by the relief sought, including but not limited to Kelly Kilcoyne, M.D., file a response to the petition for writ of mandamus on or before the expiration of ten (10)

days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
22nd day of April, 2022.